IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAURA PANKIEVICH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEST BUY CO., INC, a foreign, for-profit )<br>business corporation, )<br>)<br>Defendant. ) | Case No. CIV-14-1333-HE |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW both parties in the above styled action and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this action, with all parties to bear their own costs, with prejudice to the further filing thereof.

Dated this 3rd day of August, 2015

Respectfully submitted,

| | |
|---|---|
| s/Scott F. Brockman | s/David L. Terry |
| Stanley M. Ward, OBA#9351 | David L. Terry, NCSB #11113 |
| Woodrow K. Glass, OBA#15690 | *Admitted pro hac vice* |
| Scott F. Brockman, OBA#19416 | Poyner Spruill, LLP |
| R. Ben Houston, OBA#14751 | One Wachovia Center |
| Barrett T. Bowers, OBA#30493 | 301 S. College St., Suite 2300 |
| 1821 E. Imhoff Road | Charlotte, NC 28202 |
| Norman, Oklahoma 73071 | |
| ATTORNEYS FOR PLAINTIFF | Elizabeth Sharrock, OBA# 16934 |
| | Pierce Couch Hendrickson Baysinger & Green LLP |
| | 1109 North Francis |
| | Oklahoma City, OK 73106-6813 |
| | ATTORNEYS FOR DEFENDANT |